**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Deborah Feeser** | Social Security number or ITIN   xxx–xx–9991 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–21992–CMB**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Deborah Feeser

10/11/17

**By the court:**   Carlota M. Bohm
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21992-CMB
Deborah Feeser                                                            Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: admin              Page 1 of 2            Date Rcvd: Oct 11, 2017
                               Form ID: 318             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db            +Deborah Feeser,   432 Rasberry Drive,   Monroeville, PA 15146-1328
cr            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14420917      +Berkheimer & Associates,   50 N. 7th Street,   Bangor, PA 18013-1798
14420919      +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street 14th Floor,
               Pittsburgh, PA 15219-6101
14420920       Duquesne Light,   C/O Peter Ashcroft,   Suite 2200 Gulf Tower,   Pittsburgh, PA 15219
14420921      +Gateway School District,   c/o Ira Weiss,   445 Fort Pitt Blvd.,   Pittsburgh, PA 15219-1318
14420922      +Goehring Rutter & Boehm,   437 Grant Street,   14th Floor,   Pittsburgh, PA 15219-6107
14420923      +HomeEq Servicing,   701 Corporate Center Drive,   Sutie 4745,   Raleigh, NC 27607-5084
14420925      +Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
14420926      +Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
14638220      +Mabt - Genesis Retail,   Po Box 4499,   Beaverton, OR 97076-4499
14420927      +Munic. Of Monroeville,   c/o Berkheimer Associates,   50 N. 7th Street,   Bangor, PA 18013-1731
14420929      +Peoples Natural Gas Co.,   375 North Shore Dr.,   Suite 600,   Pittsburgh, PA 15212-5866
14420930      +Specialized Loan Servicing,   8742 Lucent Blvd Suite 300,   Littleton, CO 80129-2386
14420932      +Washington Mutual FInance,   1738 Greensburg Pike,   North Versailles, PA 15137-1667

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QNLCARDIELLO.COM Oct 12 2017 01:38:00   Natalie Lutz Cardiello,   107 Huron Drive,
               Carnegie, PA 15106-1826
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2017 01:44:02    Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14420918       EDI: CAPITALONE.COM Oct 12 2017 01:38:00    CAPITAL ONE BANK,   15000 CAPITAL ONE DR,
               Richmond, VA 23238
14420924       EDI: JEFFERSONCAP.COM Oct 12 2017 01:38:00    Jefferson Capital Systems, LLC,   PO BOX 7999,
               Saint Cloud, MN 56302
14638220      +EDI: PHINGENESIS Oct 12 2017 01:38:00    Mabt - Genesis Retail,   Po Box 4499,
               Beaverton, OR 97076-4499
14420928      +Fax: 407-737-5634 Oct 12 2017 02:43:23    OCWEN LOAN SERIVICING,   1661 WORTHINGTON RD STE 100,
               West Palm Beach, FL 33409-6493
14638226      +EDI: VERIZONEAST.COM Oct 12 2017 01:38:00    Verizon,   500 Technology Dr Ste 30,
               Weldon Spring, MO 63304-2225
                                                                                        TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Gateway School District c/o Weiss Burkardt Kramer,,   445 Fort Pitt Blvd., Suite 503,
               Pittsburgh
cr             The Bank of New York Mellon Trust Company, Nationa
14638210*     +Berkheimer & Associates,   50 N. 7th Street,   Bangor, PA 18013-1798
14638211*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: CAPITAL ONE BANK,   15000 CAPITAL ONE DR,   Richmond, VA 23238)
14420931*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: TSYS Debt Management,   PO Box 5155,   Norcross, GA 30091)
14638225*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: TSYS Debt Management,   PO Box 5155,   Norcross, GA 30091)
14638212*     +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street 14th Floor,
               Pittsburgh, PA 15219-6101
14638213*      Duquesne Light,   C/O Peter Ashcroft,   Suite 2200 Gulf Tower,   Pittsburgh, PA 15219
14638214*     +Gateway School District,   c/o Ira Weiss,   445 Fort Pitt Blvd.,   Pittsburgh, PA 15219-1318
14638215*     +Goehring Rutter & Boehm,   437 Grant Street,   14th Floor,   Pittsburgh, PA 15219-6107
14638216*     +HomeEq Servicing,   701 Corporate Center Drive,   Sutie 4745,   Raleigh, NC 27607-5084
14638217*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court:  Jefferson Capital Systems, LLC,   PO BOX 7999,
               Saint Cloud, MN 56302)
14638218*     +Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
14638219*     +Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
14638221*     +Munic. Of Monroeville,   c/o Berkheimer Associates,   50 N. 7th Street,   Bangor, PA 18013-1731
14638222*     +OCWEN LOAN SERIVICING,   1661 WORTHINGTON RD STE 100,   West Palm Beach, FL 33409-6493
14638223*     +Peoples Natural Gas Co.,   375 North Shore Dr.,   Suite 600,   Pittsburgh, PA 15212-5866
14638224*     +Specialized Loan Servicing,   8742 Lucent Blvd Suite 300,   Littleton, CO 80129-2386
14638227*     +Washington Mutual FInance,   1738 Greensburg Pike,   North Versailles, PA 15137-1667
                                                                              TOTALS: 3, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: admin              Page 2 of 2              Date Rcvd: Oct 11, 2017
                              Form ID: 318             Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
          Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
          Trustee for Residential Asset Mortgage Products, In bkgroup@kmllawgroup.com
          Laura M. McCurdy    on behalf of Creditor    Gateway School District c/o Weiss Burkardt Kramer,
          LLC. lmccurdy@wbklegal.com
          Lawrence W. Willis    on behalf of Debtor Deborah  Feeser help@urfreshstrt.com,
          urfreshstrt@gmail.com
          Natalie Lutz Cardiello    ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                    TOTAL: 7
```